**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7378**

———————

JOE PRADUBSRI,

                                        Plaintiff - Appellant,

        versus

CAPTAIN SMITH; WENDY REYNOLDS, Nurse, Manning
Correctional Institute Medical Staff,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-01-4077-3-24-BC)

———————

Submitted:  January 10, 2003        Decided:  January 30, 2003

———————

Before WILKINS, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joe Pradubsri, Appellant Pro Se.  John Eric Fulda, Irmo, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe Pradubsri appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Pradubsri v. Smith, No. CA-01-4077-3-24-BC (D.S.C. filed Aug. 20, 2002, entered Aug. 21, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2